# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**ELIJAH SIMS AND JUATASSA SIMS,**                              **PLAINTIFFS,**

**VS.**                                             **CIVIL ACTION NO. 2:07CV036-P-A**

**UNITED STATES OF AMERICA,**                                **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The Government's Motion to Strike Plaintiffs' Expert Witnesses [51] is **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) The motion is granted insofar as the testimony of Haroom Choudhri, Thomas Christiansen, W.P. Culbertson, and Robert Joseph Adams is stricken; while,

(3) The motion should be denied as to the testimony of Drs. Marks, Green, Klein, and Alpert.

**SO ORDERED** this the 25th day of March, A.D., 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE