# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**ELIJAH SIMS and JAUTASSA SIMS,**                            **PLAINTIFFS,**

**VS.**                                              **CIVIL ACTION NO. 2:07CV036-P-A**

**UNITED STATES OF AMERICA,**                                **DEFENDANT.**

### ORDER

This matter comes before the court upon the plaintiffs' motion [81] to reconsider the court's March 25, 2009 Order striking plaintiffs' expert Dr. Robert Joseph Adams. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

Since it is undisputed that Dr. Robert Joseph Adams practiced at the relevant time in Georgia, which is in fact a contiguous-border state to Tennessee pursuant to Tennessee's locality rule, the court concludes that it would be unjust for the plaintiffs to suffer such harsh consequences of having Dr. Adams' testimony stricken for the scrivener's error of their attorney.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plaintiff's motion [81] to reconsider the court's March 25, 2009 order striking plaintiff's expert Dr. Robert Joseph Adams is **GRANTED**; accordingly,

(2) The court's March 25, 2009 Order is vacated insofar as it struck Dr. Adams' testimony for failure to comply with Tennessee's locality rule.

**SO ORDERED** this the 29th day of May, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE